## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| In re: | |
|---|---|
| Sebastiao C. Bedame | Chapter 13 |
| Debtor(s) | Case No. 18-10844 |

### MOTION OF BANK OF AMERICA, N.A. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

     Bank of America, N.A., a creditor in the above captioned Chapter 13 proceeding, moves this Court for an Order pursuant to 11 U.S.C. §362(d) for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 280 Weeden St, Pawtucket, RI 02860.

     The basis of the within Motion are set forth in the Memorandum filed herewith which is incorporated herein by reference.

                                                                    Bank of America, N.A.
                                                                    By its attorneys,

Date: January 11, 2019                            /s/ Joseph Dolben, Esq.
                                                                    Joseph Dolben, Esq., #7916
                                                                      Marinosci Law Group, P.C.
                                                                      275 West Natick Road, Suite 500
                                                                      Warwick, RI 02886
                                                                      Telephone: (401) 234-9200
                                                                      Jdolben@mlg-defaultlaw.com

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626 3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

ActiveUS 90610187v.11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>Sebastiao C. Bedame<br>               Debtor(s) | Chapter 13<br><br>Case No. 18-10844 |

CERTIFICATE OF SERVICE

      I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on January 11, 2019 , I served a copy of the Motion for Relief and supporting documents list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

      Signed this 11th day of January, 2019.

                                                      /s/ Joseph Dolben, Esq.
                                                      Joseph Dolben, Esq., #7916
                                                      Marinosci Law Group, P.C.
                                                      275 West Natick Road, Suite 500
                                                      Warwick, RI 02886
                                                      Telephone: (401) 234-9200

VIA ECF
Jack D. Pitts, Esq., on behalf of Debtor
Gary L. Donahue, on behalf of the U.S. Trustee
John Boyajian, on behalf of the Trustee

VIA US MAIL
Sebastiao C. Bedame
280 Weeden Street
Pawtucket, RI 02860

City of Pawtucket
Tax Collector
137 Roosevelt Avenue
Pawtucket, RI 02860

ActiveUS 90610187v.11