United States Bankruptcy Court
District of Rhode Island

In re:                                                                          Case No. 18-10844-DF
Sebastiao C Bedame                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0103-1         User: holly2            Page 1 of 1            Date Rcvd: Jul 22, 2019
                             Form ID: pdfdoc         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
db          +Sebastiao C Bedame,    280 Weeden Street,    Pawtucket, RI 02860-1829
cr           BANK OF AMERICA, N.A.,   P.O. Box 31785,    TAMPA, FL  33631-3785
assignor    +CONSUMER PORTFOLIO SERVICES, INC.,   19500 JAMBOREE ROAD,    IRVINE, CA 92612-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
assignee     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2019 18:53:01
              Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA  23541
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2019 18:40:24
              PRA Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2019 at the address(es) listed below:
              Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
              Jack D. Pitts    on behalf of Debtor Sebastiao C Bedame pittsburnslaw@pittsburnslaw.necoxmail.com
              John  Boyajian    mail@13ritrustee.com, martha@bhrlaw.com
              Joseph  Dolben    on behalf of Creditor   Bank America, N.A. jdolben@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com;jmora@mlg-defaultlaw.com
                                                                                              TOTAL: 4

*Diane Finkle* [signature in left margin]

07/22/2019 MOTION GRANTED. HEARING CONTINUED TO 10:00 A.M. AUGUST 14, 2019 [left margin stamp]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IN RE: | Sebastiao C Bedame | BK. NO.: 18-10844 |
| SS#: | xxx-xx-2501 | |
| | | Chapter 13 |
| | **Debtor** | |

**ASSENTED TO MOTION TO CONTINUE HEARING**

Now comes the Debtor in the above-entitled matter, before this Honorable Court, and p prays that the hearing on the Trustee's Motion to Dismiss (Doc No. 50) and the Debtor's Objection Doc No 51), scheduled for July 24, 2019 (Doc No 52), be continued until August 14, 2019.

In support of said **MOTION** the Debtor states as follows:

1. The Debtor is currently delinquent in his Chapter 13 Plan payments.
2. The Debtor requires additional time to satisfy said delinquency.
3. The Debtor is working extra hours so that he can make double payments to the trustee.
4. The Debtor became delinquent after incurring a number of unanticipated expenditures relating to his home and automobile.
5. The Debtor requires this Bankruptcy for a successful reorganization .

**WHEREFORE**, the Debtor prays that this Honorable Court will continue the subject hearing August 14, 2019.

> **Sebastiao C Bedame**
> By his attorney,
>
> /s/ Jack D. Pitts
> Jack D. Pitts, Esq., #3397
> PITTS & BURNS
> 635 Killingly St.
> Johnston, RI 02903
> (401) 453-2800

DATED: July 22, 2019

## **CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the Debtor's Motion on July 22, 2019, was served:

electronically, to:

John Boyajian
mail@13ritrustee.com, martha@bhrlaw.com

Joseph Dolben on behalf of Creditor Bank America, N.A.
jdolben@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com

Gary L. Donahue
ustpregion01.pr.ecf@usdoj.gov

Jack D. Pitts on behalf of Debtor Sebastiao C Bedame pittsburnslaw@pittsburnslaw.necoxmail.com

and all the following creditors, by US Mail, postage prepaid.

NONE

/s/ Jack D. Pitts